UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN KELLY PARSON,

                Petitioner,

-vs-                         Case No.  5:05-cv-232-Oc-10GRJ

WARDEN, FCC COLEMAN,

                Respondent.

_____/

## O R D E R

    This case raises an issue of law concerning the Bureau of Prison's interpretation of 18 U.S.C. § 3624(b) and the appropriate manner in which to calculate a prisoner's good time credit.  This issue is governed by the Court's decision in <u>Guerin v. Sawyer</u>, Case No. 5:03-cv-203-Oc-10GRJ, in which the Court adopted the United States Magistrate Judge's Report and Recommendation attached hereto.[1]  Accordingly, the Clerk is directed to enter judgment denying the Petition in this case with prejudice, terminate any pending motions, and close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this18th day of July 2005.

                               _____

                                  **UNITED STATES DISTRICT JUDGE**

---

[1]<u>See</u> <u>also</u> <u>Brown v. McFadden</u>, ___ F.3d ___. 2005 WL 1618739 (11th Cir. 2005) (holding that the BOP's interpretation of the 18 U.S.C. § 3624(b)(1) is reasonable and that rule of lenity is inapplicable).

Copies to: John Kelly Parson